IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–03–GF–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KOLE MICHAEL PARSONS, | |
| Defendant. | |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on March 28, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

1

Judge Strong recommended this Court accept Kole Michael Parsons' guilty plea after Parsons appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of Burglary, as set forth in the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 22), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Kole Michael Parsons' motion to change plea (doc. 15) is GRANTED.

DATED this 18th day of April 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court